# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2976
_____

CHRISTIAN CARDONA CIRILO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Levy County.
William E. Davis, Judge.

April 8, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and BILBREY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Ross S. Haine, II, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.